JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-5740-VBF(CWx)**                                Dated: **September 21, 2009**

Title:   Nexgen Metals, Inc. -v- Depot Metals, LP, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Robert J. Hatem                                              Jerrold Abeles
Jaston T. Yu


**PROCEEDINGS:**   **HEARING ON DEFENDANTS' MOTION TO DISMISS [Doc. 9]**


   Case called, and counsel make their appearances. The Court hears arguments from counsel for both sides in response to the Court's Tentative Ruling (Doc. 23) on Defendants' Motion to Dismiss (Doc. 9), and takes the Motion under submission.

   After further consideration of the papers filed and the counsel's oral argument, the Tentative Ruling will be the Order of the Court. The Tentative Ruling is incorporated in full herein.

   At the hearing and in its opposition papers, Plaintiff asserts that additional discovery regarding Defendants' contacts with California is necessary prior to a ruling on the Motion to

Initials of Deputy Clerk   rs
:10 min

Dismiss.  *See See* Reporter's Notes of 9/21/09 Hearing & Plaintiff's Opposition; *see also* Doc. 23 at 4.  Plaintiff offers insufficient factual support or legal authority for this position, however.  *See* Doc. 23 at 4.

As set forth in the Court's Tentative Ruling, the Defendants' contacts with California are insufficient to establish general jurisdiction over these Defendants.  *Id.* Depot Metals is not authorized to do business in California, nor is it registered with the California Secretary of State.  Defendants do not have a business office or any employees in California, nor do any employees visit California regularly as part of their job.  Depot Metals does not advertise its services or products in written publications, on the radio, or on cable and/or television.  Depot Metals' website provides information about the company and its inventory, and is accessible to California residents, but customers may not place orders via the website.  *Id.* Depot Metals does not direct advertising or marketing to customers in California, and the company's California sales were solely a result of customers initiating contact with Depot Metals.  *Id.*

Plaintiff does not dispute these facts.  However, Plaintiff questions Defendants' assertion that California sales account for less than 2% of total revenues.  Plaintiff provides insufficient authority or support for its request that on these facts, additional discovery is warranted.  *Id.*  Instead, Plaintiff "offers only speculation or conclusory assertions" about the Defendants' potential contacts with California. *See Carefirst of Maryland, Inc. v. Carefirst Pregnancy Ctrs., Inc.*, 334 F.3d 390, 402-403 (4th Cir. 2003)(where a plaintiff offers only speculation or "conclusory assertions about [a defendant's] contacts with a forum state . . .  a court is within its discretion in denying jurisdictional discovery"). Plaintiff here fails to make a "colorable or prima facie showing of personal jurisdiction" over these Defendants, and, therefore, fails to show that jurisdictional discovery is warranted. *Central States, Southeast & Southwest Areas Pension Fund v. Reimer Express World Corp.*, 230 F.3d 934, 946 (7th Cir. 2000).

For the reasons set forth in Defendants' moving papers, as well as the Court's Tentative Ruling, Defendants' Motion to Dismiss is GRANTED, as the Court lacks jurisdiction over Defendants Depot Metals, Bill Tresten and Joe Tresten.  As a dismissal for lack of personal jurisdiction is not a ruling on the merits, the Motion is granted without prejudice to Plaintiff's right to seek relief in an appropriate forum, i.e., where the Defendants are subject to personal jurisdiction.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:10 min